IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT BARBU, ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil No. 3:20 cv 1045 |
| | ) Judge Trauger |
| WYNDHAM VACTION ONERSHIP, INC., | ) |
| ET AL., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed by August 16, 2022.

The bench trial set for May 9, 2023 and the pretrial conference set for May 5, 2023 are **CANCELLED.**

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge